UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Star Copy Printing & Promotion Center, Inc. | § § § § | Case No. 16-23325 |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/20/2016. The undersigned trustee was appointed on 07/21/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 25,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 332.00 |
| Bank Service Fees | | 31.77 |
| Other Payments to Creditors | | 20,000.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 4,636.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/07/2016 and the deadline for filing governmental claims was 01/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,250.00, for a total compensation of $1,250.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $30.42 for total expenses of $30.42

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  06/08/2017       By :  /s/ Elizabeth Berg
                                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-23325 | Judge: | Janet S. Baer | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Case Name: | Star Copy Printing & Promotion Center, Inc. | | | | Date Filed (f) or Converted (c): | 07/20/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/29/2016 |
| For Period Ending: | 06/08/2017 | | | | Claims Bar Date: | 12/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  Checking Account-Northstar Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Gateway Coil Former Model: NCF (SN: 2125 ) | 6,500.00 | 1,100.00 | | 5,527.50 | FA |
| 3.  Gateway Inserter #1 Model: PBS 3000 (SN: 4121) | 6,300.00 | 1,050.00 | | 5,357.50 | FA |
| 4.  Gateway Inserter #2 Model: PBS 3000 (SN: 4122) | 6,300.00 | 1,050.00 | | 5,357.50 | FA |
| 5.  RENZ Punch Press Model: AP360 (SN: 36360200.22203) | 6,700.00 | 1,100.00 | | 5,697.50 | FA |
| 6.  Hickok Round Corner (SN: 16546) | 2,000.00 | 425.00 | | 1,700.00 | FA |
| 7.  Bourg Perfect Binder | 1,600.00 | 275.00 | | 1,360.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 29,400.00 | 5,000.00 | | 25,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 31, 2017: Successor Trustee collected proceeds in the amount of $25,000.00 and made payment on secured claim no. 4 in the amount of $20,000.00. Thereafter, Successor Trustee filed tax returns and is now ready to disburse funds on hand. Successor Trustee has prepared her final report and will disburse funds once the final report is approved by the Court.

October 26, 2016:  Successor Trustee negotiated with D's secured creditor to sell the Debtor's six pieces of used printing equipment.  The creditor agreed to a $5,000.00 carve-out for the Estate which will allow the Successor Trustee to make a modest distribution to the Estate's creditors.  The proposed sale and carve out was approved per court order 10/21/16 [dkt. 18].   Successor Trustee will collect sale proceeds and make distribution to creditors following expiration of claims bar date.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-23325 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Star Copy Printing & Promotion Center, Inc. | | | Date Filed (f) or Converted (c): | 07/20/2016 (f) |
| | | | | 341(a) Meeting Date: | 08/29/2016 |
| For Period Ending: | 06/08/2017 | | | Claims Bar Date: | 12/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2017    **Current Projected Date of Final Report(TFR) :** 06/30/2017

**Trustee's Signature**    /s/Elizabeth C Berg    **Date:** 06/08/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

UST Form 101-7-TFR (5/1/2011) (Page 2)    **Exhibit A**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 16-23325 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Star Copy Printing & Promotion Center, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5211 Checking Account |
| Taxpayer ID No: | **-***3767 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/8/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 | | Kelmscott Communications<br>A Fuse, LLC Company<br>5656 McDermott Drive<br>Berkeley, IL 60163 | Sale of Printing Equipment | | 25,000.00 | | 25,000.00 |
| | [2] | | Gateway Coil Former Model: NCF          5,527.50 | 1129-000 | | | |
| | [3] | | Gateway Inserter #1 Model PBS 3000      5,357.50 | 1129-000 | | | |
| | [4] | | Gateway Inserter #2 Model: PBS 3000     5,357.50 | 1129-000 | | | |
| | [5] | | RENZ Punch Press Model: AP360           5,697.50 | 1129-000 | | | |
| | [6] | | Hickok Round Corner                    1,700.00 | 1129-000 | | | |
| | [7] | | Bourg Perfect Binder                   1,360.00 | 1129-000 | | | |
| 11/08/2016 | 51001 | M-III Chicago, LLC<br>c/o Cohen Financial<br>Payment Lockbox 773295 (CF General)<br>3295 Solutions Center<br>Chicago, IL 60677-3002 | Payment of Secured Claim No. 4 Pursuant to Court Order dated October 21, 2016 (Docket No. 18) | 4210-000 | | 20,000.00 | 5,000.00 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 16.77 | 4,983.23 |
| | | | | Page Subtotals | 25,000.00 | 20,016.77 | |

UST Form 101-7-TFR (5/1/2011) (Page 1)                                                                                                          **Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-23325 | Trustee Name: Elizabeth C Berg |
| Case Name: Star Copy Printing & Promotion Center, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5211 Checking Account |
| Taxpayer ID No: **-***3767 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 6/8/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,968.23 |
| 05/12/2017 | 51002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2016 Illinois Income Tax<br>Form IL-1120-ST-V | 2820-000 | | 332.00 | 4,636.23 |
| | | | Page Subtotals | | 0.00 | 347.00 | |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 25,000.00 | 20,363.77 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | SUBTOTALS | 25,000.00 | 20,363.77 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 25,000.00 | 20,363.77 |

| | | | | |
|---|---|---|---|---|
| | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| All Accounts Gross Receipts: 25,000.00 | | | | |
| All Accounts Gross Disbursements: 20,363.77 | ******5211 Checking Account | 25,000.00 | 20,363.77 | |
| All Accounts Net: 4,636.23 | **Net Totals** | 25,000.00 | 20,363.77 | 4,636.23 |

UST Form 101-7-TFR (5/1/2011) (Page 2)                                                                                                          **Exhibit B**

Case: 16-23325  
Star Copy Printing & Promotion Center, Inc.

Case 16-23325    Doc 24    Filed 06/19/17    Entered 06/19/17 14:37:08    Desc Main
Document    Page 7 of 9

Elizabeth C Berg  
EXHIBIT C

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 4,636.23 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 | 3,386.23 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2200-000<br>ADMIN | 100 | 30.42 | 0.00 | 30.42 | 30.42 | 3,355.81 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3120-000<br>ADMIN | 100 | 176.00 | 0.00 | 176.00 | 176.00 | 3,179.81 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3120-000<br>ADMIN | 100 | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 | 1,929.81 |
| | Kutchins, Robbins & Diamond<br>35 E Wacker Dr<br>Suite 1550<br>Chicago IL 60601 | 3310-000<br>ADMIN | 100 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 929.81 |
| ADMINISTRATIVE TOTAL 100 % | | | | 3,706.42 | 0.00 | 3,706.42 | 3,706.42 | |
| 00004 | M-III Chicago, LLC<br>4601 College Boulevard, Suite 300<br>Leawood IL 66211 | 4210-000<br>SEC | 420 | 20,000.00 | 20,000.00 | 0.00 | 0.00 | 929.81 |
| SECURED TOTAL 100 % | | | | 20,000.00 | 20,000.00 | 0.00 | 0.00 | |
| 00001 | S&S Activewear<br>581 Territorial Drive<br>Bolingbrook IL 60440 | 7100-000<br>UNSEC | 710 | 3,053.70 | 0.00 | 3.20 | 3.20 | 926.61 |
| 00002 | San Mar Inc<br>22833 SE Black Nugget Rd Ste 130<br>Issaquah WA 98029 | 7100-000<br>UNSEC | 710 | 2,068.39 | 0.00 | 2.17 | 2.17 | 924.44 |
| 00003 | Original Smith Printing Inc.<br>Two Hardman Drive<br>Bloomington IL 61701 | 7100-000<br>UNSEC | 710 | 45,512.49 | 0.00 | 47.73 | 47.73 | 876.71 |
| 00005 | A S G Staffing, Inc<br>231 W Grand Ave Ste 102<br>Bensenville IL 60106 | 7100-000<br>UNSEC | 710 | 36,751.48 | 0.00 | 38.54 | 38.54 | 838.17 |
| 00006 | Gateway Bookbinding Systems, Inc.<br>472 S 5th St<br>Pembina ND 58271 | 7100-000<br>UNSEC | 710 | 7,759.92 | 0.00 | 8.14 | 8.14 | 830.03 |
| 00007 | American Small Business<br>1805 High Grove Ln<br>Naperville IL 60540 | 7100-000<br>UNSEC | 710 | 37,321.04 | 0.00 | 39.14 | 39.14 | 790.89 |
| 00008 | Canon Financial<br>330 N Wabash Ave Ste 3300<br>Chicago IL 60611 | 7100-000<br>UNSEC | 710 | 754,129.75 | 0.00 | 790.89 | 790.89 | 0.00 |
| UNSECURED TOTAL 0.10 % | | | | 886,596.77 | 0.00 | 929.81 | 929.81 | |
| CASE TOTAL | | | | 910,303.19 | 20,000.00 | 4,636.23 | 4,636.23 | |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-23325

Case Name: Star Copy Printing & Promotion Center, Inc.

Trustee Name: Elizabeth C Berg

Balance on Hand $4,636.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00004 | M-III Chicago, LLC | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 4,636.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:    Elizabeth C. Berg, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee, Expenses:    Elizabeth C. Berg, Trustee | $ 30.42 | $ 0.00 | $ 30.42 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Accountant for Trustee, Fees:   Kutchins, Robbins & Diamond | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Other:  Baldi Berg, Ltd. | $ 176.00 | $ 0.00 | $ 176.00 |

Total to be paid for chapter 7 administrative expenses  $ 3,706.42

Remaining Balance  $ 929.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $886,596.77 have been allowed and will be paid pro rata

UST Form 101-7-TFR (5/1/2011) Page 3

only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | S&S Activewear | $ 3,053.70 | $ 0.00 | $ 3.20 |
| 00002 | San Mar Inc | $ 2,068.39 | $ 0.00 | $ 2.17 |
| 00003 | Original Smith Printing Inc. | $ 45,512.49 | $ 0.00 | $ 47.73 |
| 00005 | A S G Staffing, Inc | $ 36,751.48 | $ 0.00 | $ 38.54 |
| 00006 | Gateway Bookbinding Systems, Inc. | $ 7,759.92 | $ 0.00 | $ 8.14 |
| 00007 | American Small Business | $ 37,321.04 | $ 0.00 | $ 39.14 |
| 00008 | Canon Financial | $ 754,129.75 | $ 0.00 | $ 790.89 |
| Total to be paid to timely general unsecured creditors | | | | $ 929.81 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE