UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-23325 |
| Star Copy Printing & | ) | Hon. Janet S. Baer |
| Promotions Center, Inc. | ) | (Kane County) |
| | ) | Hearing Date: July 21, 2017 |
| Debtor. | ) | Time: 11:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Baldi Berg, Ltd.

Authorized to Provide
Professional Services to: Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment: October 17, 2016

Period for Which
Compensation is sought: September 15, 2016 to Close of Case

Amount of Fees sought: $1,250.00[1]

Amount of Expense
Reimbursement sought: $176.00

This is an:   Interim Application __   Final Application _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: June 20, 2017                                        Baldi Berg, Ltd.

                                                By: ___/s/Elizabeth C. Berg___

---

[1] The compensation requested (i.e. $1,250.00) is voluntarily reduced by 15% of the total value for the services rendered which are $1,485.00.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-23325 |
| Star Copy Printing &, | ) | Honorable Janet S. Baer |
| Promotion Center, Inc. | ) | (Geneva) |
| | ) | Hearing Date: July 21, 2017 |
| Debtor. | ) | Hearing Time: 11:00 a.m. |

**First Application for Allowance and Payment of Final Compensation
of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd. ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Star Copy Printing & Promotion Center, Inc., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BB of 1) $1,250.00 as final compensation for 7.80 hours of legal services rendered to the Trustee, from September 15, 2016 through the close of this case; and 2) $176.00 for reimbursement of actual expenses incurred during the same period. In support thereof, BB respectfully states as follows:

**Introduction**

1. The Debtor commenced this case on July 20, 2016 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Thomas E. Springer ("Springer") was originally appointed as the chapter 7 trustee in this case. On July 21, 2016, Springer resigned as trustee and Elizabeth C. Berg was appointed as the chapter 7 trustee. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The only unencumbered assets of value in this Estate consisted of the Debtor's interest in several pieces of printing equipment that was used in the Debtor's business operations.

4. The bar date for filing non-governmental claims in this case was December 5, 2016 and the bar date for filing governmental claims was December 27, 2016.

### Retention of Baldi Berg, Ltd.

5.  On September 30, 2016, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as her counsel in this case. A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A. BB has served as counsel for Trustee at all times since its retention.

6.  The professional qualifications and experience of the BB attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg – Partner
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7.  This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BB

8.  Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9.  The services rendered by BB include preparing an Application to Employ BB as Attorneys for the Trustee, a Motion to Sell the Debtor's Equipment to a Third Party, an Application to Employ Accountants and this Final Fee Application.

In connection with this category, BB has expended 7.80 hours of services for which it

2

requests compensation in the amount of $1,250.00.

### Compensation Requested

10. In connection with the foregoing services described in paragraph nine above, BB spent 7.80 hours with a value of $1,485.00 for which BB requests a reduced allowance and payment of final compensation in the amount of $1,250.00. As noted above and at request of Trustee, BB has agreed to voluntarily reduce its fees in order to provide a greater distribution to unsecured creditors.

11. All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances, where two attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BB in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement to be received by BB for services rendered to the Trustee or expenses incurred in connection with this case.

14. BB has not previously received or been promised any payments for services

rendered or expenses incurred in this case.

15.   The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

16.   The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Reimbursement of Expenses

17.   BB has incurred actual and necessary expenses totaling $176.00 in connection with the performance of the services described herein for which it requests reimbursement. The expenses are related to the filing fee of the Motion to Sell the Debtor's Equipment to a Third Party. A detailed itemization of the expenses for which BB requests reimbursement is included within the billing statements attached hereto as Exhibit C.

### Status of the Case

18.   The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.   Trustee has completed and filed her Final Report simultaneously herewith. A final fee application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20.   Trustee currently has approximately $4,636.23 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with this final fee application, 3) the fees allowed to KRD in connection with their fee application, and 4) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee anticipates that there will be sufficient funds to make a partial distribution to general unsecured creditors.

**Trustee's Approval**

22. BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $1,250.00 for actual and necessary professional services rendered to the Trustee from September 15, 2016 through the closing of this case;

B. Allowing Baldi Berg, Ltd. reimbursement of expenses in the amount of $176.00 for actual and necessary expenses incurred in the performance of servies rendered to the Trustee in this case;

C. Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D. For such other and further relief as this Court deems appropriate.

Dated: June 6, 2017

Baldi Berg, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of Star Copy Printing & Promotion Center, Inc., Debtor

By:___/s/_____
　　　Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago, IL  60602
312.726.8150

5

**Baldi Berg, Ltd.**  **Star Copy Printing & Promotions Center, Inc., Debtor**
**Final Fee Application**  **Case No. 16-23325**

**Retention Order**

**Exhibit A**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re: ) <br> Star Copy Printing & Promotions Center, ) <br> Inc., ) <br> ) <br> ) <br> ) <br> ) <br> Debtor(s)        ) | BK No.: 16-23325 <br><br> Chapter: 7 <br><br> Honorable Donald R. Cassling <br><br> Kane |

## Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Star Copy Printing & Promotions Center, Inc., debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 14, 2016

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

**Baldi Berg, Ltd.**  **Star Copy Printing & Promotions Center, Inc., Debtor**
**Final Fee Application**  **Case No. 16-23325**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She has participated in the regional CARE program and delivered credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg, Ltd.

**Jason M. Manola**

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

Case 16-23325 Doc 26 Filed 06/20/17 Entered 06/20/17 10:32:59 Desc Main
Document Page 12 of 16

**Baldi Berg, Ltd.** **Star Copy Printing & Promotions Center, Inc., Debtor**
**Final Fee Application** **Case No. 16-23325**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

June 8, 2017
Invoice No:   02860

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Star Copy - Gen. Admin*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/15/2016 | JMM | Draft App to Employ Attorneys (.7), Affidavit (.1), Proposed Order (.1) | 0.90 $185.00/hr | $166.50 |
| 9/21/2016 | JMM | Review information on sale of equipment (.2), Draft Motion to Sell Equipment to Third Party (1.3), Draft proposed order (.1), Draft 2002 Notice re: sell equipment (.8) | 2.40 $185.00/hr | $444.00 |
| 9/22/2016 | JMM | Edit Rule 2002 Notice (.6), Edit Motion to Sell Equipment (.4), Edit Proposed Order (.1) | 1.10 $185.00/hr | $203.50 |
| 10/21/2016 | ECB | Court appearance on TR Motion to Sell equipment | 0.30 $325.00/hr | $97.50 |
| 2/02/2017 | JMM | Draft Motion to Employ Accountants (.7), Affidavit (.1), Proposed Order (.1), Send email to Accountant re: Motion, Creditors and Affidavit (.1) | 1.00 $185.00/hr | $185.00 |
| 5/31/2017 | JMM | Draft BB Fee Application (1.4), coversheet, proposed order, and affidavit (.3), Review and edit Fee Application (.4) | 2.10 $185.00/hr | $388.50 |

**Baldi Berg, Ltd**  6/08/2017

Star Copy - Gen. Admin  Page  2

|  |  | Total Fees | $1,485.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 9/29/2016 | Filing Fee for Motion to Sell Equipment $176 | 1.00 @ /each | $176.00 |

|  | Total Expenses | $176.00 |
|---|---|---|
|  | Total New Charges | $1,661.00 |
|  | Previous Balance | $0.00 |
|  | Balance Due | $1,661.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.30 | $325.00 |
| Jason M Manola | 7.50 | $185.00 |

**Baldi Berg, Ltd.**  **Star Copy Printing & Promotions Center, Inc., Debtor**
**Final Fee Application**  **Case No. 16-23325**

Rule 2016 Affidavit

Exhibit D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | Case No. 16-23325 |
| Star Copy Printing &, ) | | Hon. Janet S. Baer |
| Promotions Center, Inc. ) | | (Kane County) |
| ) | | |
| Debtor. ) | | |

**Rule 2016 Affidavit**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered or expense reimbursement to be received for actual expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd and to the extent of the voluntary reduction in the request for compensation, as more fully set forth in the Application.

5. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this 8th day of June, 2017

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit D**