UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   16-23325 |
| Star Copy Printing & Promotion Center, Inc. | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

> 11:00 a.m. on Friday, July 21 , 2017
> in Courtroom 240 of the Kane County Courthouse
> 100 South Third Street, Geneva, Illinois 60134

Date Mailed:   06/20/2017      By :   Jeffrey P. Allsteadt
                                      Clerk of the Court

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Star Copy Printing & Promotion Center, Inc. § Case No. 16-23325
§
§
§
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 25,000.00 |
| and approved disbursements of | $ 20,363.77 |
| leaving a balance on hand of: | $ 4,636.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00004 | M-III Chicago, LLC | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 4,636.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 30.42 | $ 0.00 | $ 30.42 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Accountant for Trustee, Fees: Kutchins, Robbins & Diamond | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Other: Baldi Berg, Ltd. | $ 176.00 | $ 0.00 | $ 176.00 |

Total to be paid for chapter 7 administrative expenses                $      3,706.42

Remaining Balance                                                     $        929.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $886,596.77 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 ∕ , plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | S&S Activewear | $ 3,053.70 | $ 0.00 | $ 3.20 |
| 00002 | San Mar Inc | $ 2,068.39 | $ 0.00 | $ 2.17 |
| 00003 | Original Smith Printing Inc. | $ 45,512.49 | $ 0.00 | $ 47.73 |
| 00005 | A S G Staffing, Inc | $ 36,751.48 | $ 0.00 | $ 38.54 |
| 00006 | Gateway Bookbinding Systems, Inc. | $ 7,759.92 | $ 0.00 | $ 8.14 |
| 00007 | American Small Business | $ 37,321.04 | $ 0.00 | $ 39.14 |
| 00008 | Canon Financial | $ 754,129.75 | $ 0.00 | $ 790.89 |

Total to be paid to timely general unsecured creditors                $        929.81

Remaining Balance                                                     $          0.00

UST Form 101-7-NFR (10/1/2010)(Page 3 )

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 ⁄ , plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 ⁄ , plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Elizabeth Berg
Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 16-23325-JSB
Star Copy Printing & Promotion Center, I Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 1     Date Rcvd: Jun 20, 2017
                     Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db             +Star Copy Printing & Promotion Center, Inc.,    56 Oakwood Drive,    Naperville, IL 60540-7314
25000997       +A S G Staffing, Inc,    231 W Grand Ave,    Ste 102,    Bensenville, IL 60106-3396
24727254       +American Small Business,    1805 High Grove Lane,    Naperville, IL 60540-3931
24727258       +Canon Financial,    330 N Wabash Ave Suite 3300,    Chicago, IL 60611-3604
24727266       +Gateway Bookbinding Systems, Inc.,    472 South 5th St.,    Pembina, ND 58271-4318
24992704       +M-III Chicago, LLC,    4601 College Boulevard, Suite 300,    Leawood, KS 66211-1652
24991752       +Original Smith Printing Inc,    Two Hardman Drive,    Bloomington, IL 61701-6934
24913244       +San Mar Inc,    22833 SE Black Nugget Rd Ste 130,    Issaquah, WA 98029-3621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24727285       +E-mail/Text: credit@ssactivewear.com Jun 21 2017 01:22:08      S&S Activewear,
                 581 Territorial Drive,    Bolingbrook, IL 60440-3543
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
```
              David  Brown, ESQ    on behalf of Debtor 1    Star Copy Printing & Promotion Center, Inc.
               dbrown@springerbrown.com,    jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Debtor 1    Star Copy Printing & Promotion Center, Inc.
               ebates@springerbrown.com,    jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth C Berg    on behalf of Accountant    Kutchins Robbins & Diamond Ltd.
               bergtrustee@baldiberg.com,    eberg@iq7technology.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@iq7technology.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@iq7technology.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7
```