UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Star Copy Printing & Promotion Center, Inc. | § | Case No. 16-23325 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $20,929.81 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $4,070.19 | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,070.19 | $4,070.19 | $4,070.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $536,003.44 | $886,596.77 | $886,596.77 | $929.81 |
| **TOTAL DISBURSEMENTS** | $736,003.44 | $910,666.96 | $910,666.96 | $25,000.00 |

4) This case was originally filed under chapter 7 on 07/20/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 08/30/2017         By : /s/ Elizabeth C Berg
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Hickok Round Corner (SN: 16546) | 1129-000 | $1,700.00 |
| Bourg Perfect Binder | 1129-000 | $1,360.00 |
| Gateway Coil Former Model: NCF (SN: 2125 ) | 1129-000 | $5,527.50 |
| Gateway Inserter #1 Model: PBS 3000 (SN: 4121) | 1129-000 | $5,357.50 |
| Gateway Inserter #2 Model: PBS 3000 (SN: 4122) | 1129-000 | $5,357.50 |
| RENZ Punch Press Model: AP360 (SN: 36360200.22203) | 1129-000 | $5,697.50 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | M-III Chicago, LLC | 4210-000 | $200,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| | **TOTAL SECURED** | | $200,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Baldi Berg, Ltd. | 3120-000 | NA | $176.00 | $176.00 | $176.00 |
| Kutchins, Robbins & Diamond | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $30.42 | $30.42 | $30.42 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 2820-000 | NA | $332.00 | $332.00 | $332.00 |
| Texas Capital Bank | 2600-000 | NA | $31.77 | $31.77 | $31.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,070.19 | $4,070.19 | $4,070.19 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00008 | Canon Financial | 7100-000 | $313,108.00 | $754,129.75 | $754,129.75 | $790.89 |
| 00007 | American Small Business | 7100-000 | $20,000.00 | $37,321.04 | $37,321.04 | $39.14 |
| 00006 | Gateway Bookbinding Systems, | 7100-000 | $7,759.92 | $7,759.92 | $7,759.92 | $8.14 |
| 00005 | A S G Staffing, Inc | 7100-000 | $37,751.50 | $36,751.48 | $36,751.48 | $38.54 |
| 00003 | Original Smith Printing Inc. | 7100-000 | $45,512.50 | $45,512.49 | $45,512.49 | $47.73 |
| 00002 | San Mar Inc | 7100-001 | $1,411.25 | $2,068.39 | $2,068.39 | $2.17 |
| 00001 | S&S Activewear | 7100-001 | $3,053.70 | $3,053.70 | $3,053.70 | $3.20 |
| | Alfa Instruments Mfg Co. | | $353.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bag Makers | | $1,549.85 | NA | NA | $0.00 |
| | BTS Brokerage & Transportation | | $2,791.89 | NA | NA | $0.00 |
| | Canon Solutions America | | $38,224.00 | NA | NA | $0.00 |
| | CPR | | $1,882.84 | NA | NA | $0.00 |
| | Custom Crest | | $301.22 | NA | NA | $0.00 |
| | Discount Labels | | $155.57 | NA | NA | $0.00 |
| | Ennis-Ft. Scott | | $4.71 | NA | NA | $0.00 |
| | First Communications | | $904.95 | NA | NA | $0.00 |
| | Gold Bond | | $6.30 | NA | NA | $0.00 |
| | Graphic III | | $16,823.90 | NA | NA | $0.00 |
| | Guardian | | $64.23 | NA | NA | $0.00 |
| | Hans Manufacturing | | $3.81 | NA | NA | $0.00 |
| | Harburn Enterprises, Inc. | | $908.31 | NA | NA | $0.00 |
| | Hotline Products | | $497.95 | NA | NA | $0.00 |
| | KC Caps | | $300.80 | NA | NA | $0.00 |
| | Leeds | | $14.35 | NA | NA | $0.00 |
| | Magnet LLC | | $57.86 | NA | NA | $0.00 |
| | Midwest Envelope | | $378.50 | NA | NA | $0.00 |
| | Norwood Promotional Products | | $537.91 | NA | NA | $0.00 |
| | OpSec Security, Inc. | | $64.08 | NA | NA | $0.00 |
| | Paul Asheim | | $7,750.00 | NA | NA | $0.00 |
| | Philip Nathe | | NA | NA | NA | $0.00 |
| | Platinum Converting Inc. | | $16,317.00 | NA | NA | $0.00 |
| | PrimeLine USA | | $2,801.95 | NA | NA | $0.00 |
| | Staffing Network | | $75.65 | NA | NA | $0.00 |
| | Target Decorated Apparel | | $4,398.09 | NA | NA | $0.00 |
| | Team Concept Printing | | $703.82 | NA | NA | $0.00 |
| | Tradenet | | $233.25 | NA | NA | $0.00 |
| | Triumph Line | | $258.85 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UPS | | $58.18 | NA | NA | $0.00 |
| | Vantage Apparel NJ | | $717.49 | NA | NA | $0.00 |
| | Wine Appreciation Group | | $33.86 | NA | NA | $0.00 |
| | XPEDX | | $8,232.40 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $536,003.44 | $886,596.77 | $886,596.77 | $929.81 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-23325   Judge: Janet S. Baer   Trustee Name: Elizabeth C Berg
Case Name: Star Copy Printing & Promotion Center, Inc.   Date Filed (f) or Converted (c): 07/20/2016 (f)
341(a) Meeting Date: 08/29/2016
For Period Ending: 08/30/2017   Claims Bar Date: 12/07/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking Account-Northstar Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 2. Gateway Coil Former Model: NCF (SN: 2125 ) | 6,500.00 | 1,100.00 | | 5,527.50 | FA |
| 3. Gateway Inserter #1 Model: PBS 3000 (SN: 4121) | 6,300.00 | 1,050.00 | | 5,357.50 | FA |
| 4. Gateway Inserter #2 Model: PBS 3000 (SN: 4122) | 6,300.00 | 1,050.00 | | 5,357.50 | FA |
| 5. RENZ Punch Press Model: AP360 (SN: 36360200.22203) | 6,700.00 | 1,100.00 | | 5,697.50 | FA |
| 6. Hickok Round Corner (SN: 16546) | 2,000.00 | 425.00 | | 1,700.00 | FA |
| 7. Bourg Perfect Binder | 1,600.00 | 275.00 | | 1,360.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 29,400.00 | 5,000.00 | | 25,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 3, 2017: Hearing on TFR scheduled for 7/21/17; will distribute and close case

May 31, 2017: Successor Trustee collected proceeds in the amount of $25,000.00 and made payment on secured claim no. 4 in the amount of $20,000.00. Thereafter, Successor Trustee filed tax returns and is now ready to disburse funds on hand. Successor Trustee has prepared her final report and will disburse funds once the final report is approved by the Court.

October 26, 2016: Successor Trustee negotiated with D's secured creditor to sell the Debtor's six pieces of used printing equipment. The creditor agreed to a $5,000.00 carve-out for the Estate which will allow the Successor Trustee to make a modest distribution to the Estate's creditors. The proposed sale and carve out was approved per court order 10/21/16 [dkt. 18]. Successor Trustee will collect sale proceeds and make distribution to creditors following expiration of claims bar date.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-23325 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Star Copy Printing & Promotion Center, Inc. | | | Date Filed (f) or Converted (c): | 07/20/2016 (f) |
| | | | | 341(a) Meeting Date: | 08/29/2016 |
| For Period Ending: | 08/30/2017 | | | Claims Bar Date: | 12/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2017      **Current Projected Date of Final Report(TFR) :** 06/30/2017

**Trustee's Signature**    /s/Elizabeth C Berg      **Date:** 08/30/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

|  |  |
|---|---|
| Case No: 16-23325 | Trustee Name: Elizabeth C Berg |
| Case Name: Star Copy Printing & Promotion Center, Inc. | Bank Name: Texas Capital Bank |
|  | Account Number/CD#: ******5211 Checking Account |
| Taxpayer ID No: **-***3767 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 8/30/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 |  | Kelmscott Communications<br>A Fuse, LLC Company<br>5656 McDermott Drive<br>Berkeley, IL 60163 | Sale of Printing Equipment |  | 25,000.00 |  | 25,000.00 |
|  | [2] |  | Gateway Coil Former Model: NCF   5,527.50 | 1129-000 |  |  |  |
|  | [3] |  | Gateway Inserter #1 Model PBS 3000   5,357.50 | 1129-000 |  |  |  |
|  | [4] |  | Gateway Inserter #2 Model: PBS 3000   5,357.50 | 1129-000 |  |  |  |
|  | [5] |  | RENZ Punch Press Model: AP360   5,697.50 | 1129-000 |  |  |  |
|  | [6] |  | Hickok Round Corner   1,700.00 | 1129-000 |  |  |  |
|  | [7] |  | Bourg Perfect Binder   1,360.00 | 1129-000 |  |  |  |
| 11/08/2016 | 51001 | M-III Chicago, LLC<br>c/o Cohen Financial<br>Payment Lockbox 773295 (CF General)<br>3295 Solutions Center<br>Chicago, IL 60677-3002 | Payment of Secured Claim No. 4 Pursuant to Court Order dated October 21, 2016 (Docket No. 18) | 4210-000 |  | 20,000.00 | 5,000.00 |
| 12/05/2016 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 16.77 | 4,983.23 |
|  |  |  |  | Page Subtotals | 25,000.00 | 20,016.77 |  |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-23325 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Star Copy Printing & Promotion Center, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5211 Checking Account |
| Taxpayer ID No: | **-***3767 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/30/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,968.23 |
| 05/12/2017 | 51002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 2016 Illinois Income Tax<br>Form IL-1120-ST-V | 2820-000 | | 332.00 | 4,636.23 |
| 07/25/2017 | 51003 | Clerk of the Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Remitted to Court | | | 5.37 | 4,630.86 |
| | | | | (3.20) | 7100-001 | | |
| | | | | (2.17) | 7100-001 | | |
| 07/25/2017 | 51004 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,250.00 | 3,380.86 |
| 07/25/2017 | 51005 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Expenses | 2200-000 | | 30.42 | 3,350.44 |
| | | | Page Subtotals | | 0.00 | 1,632.79 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                                    Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-23325 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Star Copy Printing & Promotion Center, Inc. | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5211 Checking Account |
| Taxpayer ID No: | **-***3767 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/30/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) |
| 07/25/2017 | 51006 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorneys Final Compensation | 3110-000 | | 1,250.00 |
| 07/25/2017 | 51007 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorney's Expenses | 3120-000 | | 176.00 |
| 07/25/2017 | 51008 | Kutchins, Robbins & Diamond<br>35 E Wacker Dr<br>Suite 1550<br>Chicago, IL 60601 | TR Accountants Final Compensation | 3410-000 | | 1,000.00 |
| 07/25/2017 | 51009 | Original Smith Printing Inc.<br>Two Hardman Drive<br>Bloomington, IL 61701 | Disb of 0.10% to Claim #00003 | 7100-000 | | 47.73 |
| 07/25/2017 | 51010 | A S G Staffing, Inc<br>231 W Grand Ave Ste 102<br>Bensenville, IL 60106 | Disb of 0.10% to Claim #00005 | 7100-000 | | 38.54 |
| 07/25/2017 | 51011 | Gateway Bookbinding Systems, Inc.<br>472 S 5th St<br>Pembina, ND 58271 | Disb of 0.10% to Claim #00006 | 7100-000 | | 8.14 |
| 07/25/2017 | 51012 | American Small Business<br>1805 High Grove Ln<br>Naperville, IL 60540 | Disb of 0.10% to Claim #00007 | 7100-000 | | 39.14 |

Account/CD Balance($) column: 2,100.44; 1,924.44; 924.44; 876.71; 838.17; 830.03; 790.89

| | | | Page Subtotals | | 0.00 | 2,559.55 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 16-23325 | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** Star Copy Printing & Promotion Center, Inc. | **Bank Name:** | Texas Capital Bank |
| | **Account Number/CD#:** | ******5211 Checking Account |
| **Taxpayer ID No:** **-***3767 | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** 8/30/2017 | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2017 | 51013 | Canon Financial<br>330 N Wabash Ave Ste 3300<br>Chicago, IL 60611 | Disb of 0.10% to Claim #00008 | 7100-000 | | 790.89 | 0.00 |
| | | | | Page Subtotals | 0.00 | 790.89 | |

| | | | |
|---|---|---|---|
| | **COLUMN TOTALS** | 25,000.00 | 25,000.00 |
| | Less: Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 25,000.00 | 25,000.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 25,000.00 | 25,000.00 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 25,000.00 | | |
| All Accounts Gross Disbursements: | 25,000.00 | | |
| All Accounts Net: | 0.00 | | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5211 Checking Account | 25,000.00 | 25,000.00 | |
| **Net Totals** | 25,000.00 | 25,000.00 | 0.00 |